UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTIAN AGUILAR
ESTRELLA,

      Plaintiff,

v.

ATTORNEY GENERAL OF THE
UNITED STATES, SECRETARY
OF THE DEPARTMENT OF
HOMELAND SECURITY, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, JAIL SECURITY
DIVISION,

      Defendants.

Case No. 2:25-cv-914-KCD-DNF

## ORDER

Petitioner Christian Aguilar Estrella has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement and the conditions of confinement. (Doc. 1.)[1] Defendants move to dismiss the petition as moot because Estrella voluntarily departed the United States and has been released from ICE custody. For the reasons below, the petition is **DENIED**.

"As a general rule, a habeas petition presents a live case or controversy only when a petitioner is in custody." *Salmeron-Salmeron v. Spivey*, 926 F.3d

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

1283, 1289 (11th Cir. 2019); *see also* 28 U.S.C. § 2241(c)(3). Estrella brought this case to challenge the legality of his detention. Specifically, he sought immediate release or a bond hearing. (Doc. 1 at 21.) Following an agreed motion for voluntary departure, an Immigration Judge granted Estrella voluntary departure, and he was released from ICE custody last month. (Doc. 8-1 at 13; Doc. 8-2.)

Since Estrella has voluntarily departed the United States, the case or controversy presented in the petition (*i.e.*, the legality of his detention) is moot. Put another way, "[s]ince [Estrella] already has been released from custody, his prayer for relief has been satisfied." *Djadju v. Vega*, 32 F.4th 1102, 1107 (11th Cir. 2022). It follows, then, that this Court lacks subject matter jurisdiction to reach the merits of Estrella's petition. *See, e.g.*, *Zapeta v. Exec. Dir. of the Fla. Div. of Emergency Mgmt.*, No. 2:25-CV-00697-JLB-KCD, 2025 WL 2432501, at *3 (M.D. Fla. Aug. 22, 2025).

For the reasons above, the Petition (Doc. 1) is **DENIED**. The Clerk of Court is **DIRECTED** to terminate all deadlines, deny any pending motions as moot, and close the case.

**ORDERED** in Fort Myers, Florida on November 14, 2025.

Kyle C. Dudek
United States District Judge